**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Christopher KINGSLEY, also known**
**as Keg, Defendant–Appellant.**

No. 10–30312
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 11, 2010.

Allison Duncan Bushnell, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, Stephanie A. Finley, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Christopher Kingsley, Pollock, LA, pro se.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Christopher Kingsley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Kingsley has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.